**CIVIL ACTION NO. 3:15-CV-00696-JAG**

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

_____

*In re* MORRIS SCHNEIDER WITTSTADT VA.,
     PLLC, *et al.*,

                Debtors,

Case No. 15-33370-KLP

_____

DUSTIN JOHNSON,

                Appellant,

v.

Adv. Pro. 15-03435-KLP

MORRIS SCHNEIDER WITTSTADT VA., PLLC,
*et al.*,

                Appellees.

_____

**BRIEF IN SUPPORT OF
JOINT MOTION FOR TEMPORARY STAY OF PROCEEDINGS**

      Appellant Dustin Johnson ("Johnson") initiated this action ("Appeal") to appeal an order

of the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division

("Bankruptcy Court") approving settlements among Morris Schneider Wittstadt, LLC ("MSW"),

and MSWLAW, Inc. ("MSWLAW") together with their affiliated Chapter 11 debtors

(collectively, "Debtors"),[1] the Official Committee of Unsecured Creditors (the "Committee") for

Debtors, Mark H. Wittstadt and Gerard Wm. Wittstadt (the "Wittstadts"),  ZB, N.A. d/b/a

Amegy Bank, d/b/a Amegy Bank Business Credit, successor by merger to Amegy Bank National

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
number, are: Morris | Schneider | Wittstadt Va., PLLC (1651), Morris | Schneider | Wittstadt, PLLC
(1589), Wittstadt Title & Escrow Company, L.L.C. (3831), Morris | Schneider | Wittstadt, LLC (1589),
MSWLAW, Inc. (6994), Teays Valley Trustees, LLC (9830) and York Trustee Services, LLC (8058)

Association ("Amegy Bank"), and Michael Moecker in his individual capacity and in his capacity as assignee for Butler & Hosch, P.A. The Appeal has been fully briefed, but no argument has been scheduled and no ruling has been issued by this Court.

In a good faith effort to resolve all claims, controversies and issues in this Appeal, along with a variety of related claims, controversies, and issues between and among the parties to this Appeal (and certain other parties involved in related litigation in the Bankruptcy Court and the United States District Court for the Northern District of Georgia), Johnson, MSW, MSWLAW, the Wittstadts, and Endurance American Specialty Insurance Company, have entered into a Settlement Agreement and Release ("Settlement Agreement"). Because it impacts the estates of the Debtors, the Settlement Agreement does not become effective until the Bankruptcy Court enters an Order, which becomes final and non-appealable, approving the Settlement Agreement. Additionally, Johnson and Amegy Bank have entered into a separate Settlement Agreement and Release, (the "Amegy Settlement") resolving this appeal as between Amegy and Johnson, which is conditioned upon entry of the Bankruptcy Court's Order approving the Settlement Agreement, and its becoming final and non-appealable. On or before May 17, 2016, Debtors will seek approval of the Settlement Agreement, either as part of a plan under Chapter 11 or as a standalone motion to approve the settlement pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure. Upon approval, the parties' obligations under the Settlement Agreement and the Amegy Settlement should be substantially or fully performed within ten business days following the order approving the Settlement Agreement.

Thus, entry of a temporary stay order is appropriate to enable the parties to implement the terms of their agreed-upon global settlement, as memorialized by the Settlement Agreement and the Amegy Settlement. The Committee has consented to the temporary stay, as evidenced by the

endorsement of its counsel on the consent order.  For the foregoing reasons, the Court should grant the parties' Joint Motion and should enter an Order temporarily staying this action on the terms stated in the consent Order attached to the Joint Motion as Exhibit A or on such other terms as the Court deems appropriate and effectual.

**DUSTIN JOHNSON**

/s/ Devin J. Stone
Devin J. Stone, Esq. (VSB No. 88323)
Barnes & Thornburg LLP
1717 Pennsylvania Avenue, N.W. Suite 500
Washington, DC 20006
Telephone: (202) 289-1313
Facsimile: (202) 289 1330
devin.stone@btlaw.com
*Counsel for Dustin Johnson*

**MORRIS SCHNEIDER WITTSTADT, LLC,** *et al.*

/s/ Jennifer M. McLemore
Jennifer M. McLemore, Esq. (VSB No. 47164)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-6112
jmclemore@cblaw.com
*Counsel for Debtors*

**MARK H. WITTSTADT and GERARD WM. WITTSTADT**

/s/ Peter J. Barrett
Peter J. Barrett, Esq. (VSB No. 46179)
Timothy S. Baird, Esq. (VSB No. 36315)
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
peter.barrett@kutakrock.com
tim.baird@kutakrock.com
*Counsel for Mark H. Wittstadt and Gerard Wm. Wittstadt*

**ZB, N.A. d/b/a AMEGY BANK, d/b/a AMEGY BANK BUSINESS CREDIT, successor by merger to AMEGY BANK NATIONAL ASSOCIATION**

/s/ Andrew L. Cole
Andrew L. Cole (VSB No. 48180)
LECLAIRRYAN
180 Admiral Cochrane Drive, Suite 520
Annapolis, Maryland 21401
andrew.cole@leclairryan.com

*Counsel for ZB, N.A. d/b/a Amegy Bank, d/b/a Amegy Bank Business Credit, successor by merger to Amegy Bank National Association*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 6, 2016, a copy of this brief was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to all parties receiving notices via CM/ECF, including counsel for the Appellant.


/s/ Peter J. Barrett
                     Counsel

**KUTAK ROCK LLP**
Peter J. Barrett (VSB No. 46179)
Timothy S. Baird (VSB No. 36315)
1111 East Main Street, Suite 800
Richmond, VA  23219-3500
Telephone: (804) 644-1700
peter.barrett@kutakrock.com
timothy.baird@kutakrock.com
*Counsel for Mark H. Wittstadt and Gerard Wm. Wittstadt*